(100 App. Div. 509)

Company against Christopher Schaller, impleaded, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not sitting.

---

In re WHITE et al. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) In the matter of the application of Josiah J. White and of Frederick Hall White, an infant. No opinion. Respondent's motion denied, without costs.

---

In re WHITE. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) In the matter of Josiah J. White, guardian, etc., and of Frederick Hall White, an infant, etc.

PER CURIAM. Motion to amend order by striking out the word "unanimously" denied. ·The order is correct, as every member of the court sitting voted for affirmance thereof. See Harroun v. Brush Electric Light Company, 152 N. Y. 212, 46 N. E. 291, 38 L. R. A. 615.

---

WHITE, Respondent, v. KAPPELMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Mary F. White against Frederick Kappelman. A. P. Wagener, for appellant. J. T. Davenport, for respondent. No opinion. Judgment and order affirmed, with costs.

---

WHITMAN-BARNES MFG. CO., Appellant, v. SAYRE, Respondent. (Supreme Court, Appellate Division, Third Department. November 22, 1904.) Action by the Whitman-Barnes Manufacturing Company against George M. Sayre.

PER CURIAM. Motion granted, with $10 costs, unless within 15 days after the service upon the appellant's attorney of a copy of this order, and notice of its entry, the appellant shall serve upon the respondent's attorneys three printed copies of the case.

---

WHITNEY, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. SAME v. STAR CO. SAME v. PRESS PUB. CO. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Actions by Herbert L. Whitney against the New York Evening Journal Publishing Company, against the Star Company, and against the Press Publishing Company.

PER CURIAM. Motions denied, without costs. This court having affirmed the order granting a preference, the constitutional question sought to be argued is not necessarily involved, inasmuch as both the order ·in the court below and the order of affirmance here may have been made in the exercise of judicial discretion.

---

WILEY, Respondent, v. KORNEMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Kittie G. Wiley against W. Frederick Kornemann. No opinion. Judgment of the Municipal Court. affirmed, with .costs.

---

In re WILKIN. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) In the matter of the final judicial settlement of the accounts of Anna M. C. Wilkin, as trustee, etc., of James Cunningham, deceased.

PER CURIAM. Decree of Surrogate's Court affirmed, with costs against appellant personally, upon opinion in same case on former appeal, reported in 90 App. Div. 324, 86 N. Y. Supp. 360.

SPRING and HISCOCK, JJ., dissent.

---

WILLIAMS, Appellant, v. BUCKLEY et al., Respondents. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by William Williams against Charles R. Buckley and others. F. J. Moissen, for appellant. W. P. Prentice, for respondents. No opinion. Judgment affirmed, with costs.

---

WILSON v. FRANKLIN et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Lucy E. W. Wilson against William Franklin and others. No opinion. Motion dismissed.

---

WINSTEIN, Respondent, v. LUTZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Joseph Winstein against Charles Lutz and others. No opinion. Order of the County Court of Kings county setting aside verdict affirmed, with costs.

---

WINTERROTH et al., Respondents, v. BROSE, Appellant. (Supreme Court, Appellate Term. January 17, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Emil J. Winterroth and others against Andrew J. Brose. From a Municipal Court judgment in favor of plaintiffs, defendant appeals. Reversed conditionally. John P. Schuchman, for appellant. Gantz, Neier & McKennell, for respondents.

SCOTT, J. The evidence is contradictory and somewhat confused, but we see no ground for disturbing the conclusion arrived at by the justice that the plaintiffs suffered damage and that it was due to defendant's negligence. The judgment is, however, too large. No evidence was given as to the money damage to the 10 sets of pedals, rubber covers, and cloth covers, for which plaintiffs claimed aggregate damages of $57. The judgment must be reversed, and a new trial granted, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the recovery to $210, with costs and extra costs, in which event the judgment, as reduced, will be affirmed, without costs. All concur.

---

WOLF, Appellant, v. GREAT EASTERN CASUALTY & INDEMNITY CO., Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Mary E. Wolf against the Great Eastern Casualty & Indemnity Company. A. G. McLaughlin, for appellant. S. H. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.